**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                              Case No. 08-cr-39-05-PB

<u>Gillian Barrett</u>

**O R D E R**

The defendant has moved, through counsel, to continue the trial scheduled for November 4, 2008, citing the need for additional time to finalize plea negotiations or prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from November 4, 2008 to January 6, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on December 29, 2008 at 3:15 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

November 3, 2008

cc:  Stanley Norkunas, Esq.
     Debra Walsh, AUSA
     United States Probation
     United States Marshal